UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

NOVARTIS AG, et al.,

    Plaintiffs,

v.

ROXANE LABORATORIES, INC., et al.,

    Defendants.

Case No. 2:15-cv-2905
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

This matter is before the Court on Plaintiffs' Notice and Motion for Order of Dismissal Without Prejudice Under Federal Rule of Civil Procedure 41(a)(2) [ECF No. 6]. The Motion is hereby **GRANTED**, and this action is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(a)(2).

IT IS SO ORDERED.

_12-16-2015_
DATE

_____
EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE